Court No. 20-00105

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| CATFISH FARMERS OF AMERICA, *ET AL.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> NTSF SEAFOODS JOINT STOCK COMPANY, ) <br> ) <br> Intervenor-Defendant ) | Consol. Ct. No. 20-00105 |

## DEFENDANT-INTERVENOR RESPONSE IN SUPPORT OF THE REMAND REDETERMINATION

Defendant-Intervenor, NTSF Seafoods Joint Stock Company, respectfully submits this comment in support of the United States Department of Commerce final results of redetermination filed in accordance with this Court's decision and remand order in *Catfish Farmers of America, et al. v. United States*, Ct. No. 20-00105, Slip Op. 22-38, 2022 WL 1375140 (Ct. Int'l Trade Apr. 25, 2022). *See* Final Results of Redetermination Pursuant to Court Remand, Aug. 23, 2022, Ct. No. 20-00105, ECF No. 75. Defendant-Intervenor supports and adopts by reference the comments filed by the Defendant, the United States. *See* Defendant's Response In

1

**Court No. 20-00105**

Support of the Remand Redetermination, Nov. 23, 2022, Ct. No. 20-00105, ECF No. 82 (Defendant's Response).  For the reasons described in Defendant's Response, we respectfully request that the Court sustain Commerce's remand results and enter judgment for the United States.

                                      Respectfully submitted,

                                      <u>/s/ Jonathan M. Freed</u>
                                      Robert G. Gosselink
                                      Jonathan M. Freed

                                      **TRADE PACIFIC PLLC**
                                      700 Pennsylvania Ave SE Suite 500
                                      Washington, D.C. 20003
                                      (202) 223-3760

                                      Counsel to Defendant-Intervenor
                                      *NTSF Seafoods Joint Stock Company*

Dated: December 7, 2022

**Court No. 20-00105**

## CERTIFICATE OF COMPLIANCE

 Pursuant to Chamber Procedure 2(B)(l) and the Court's Scheduling Order, ECF No. 78, the undersigned certifies that these remand comments comply with the word limitation requirement. The word count for Intervenor Defendant's Comment on Remand Determination, as computed by Trade Pacific PLLC's word processing software, is 177 words.

              /s/ Jonathan M. Freed
              Jonathan M. Freed

              Counsel to Defendant-Intervenor
              *NTSF Seafoods Joint Stock Company*

Dated: December 7, 2022