## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CATFISH FARMERS OF AMERICA, *et al.*,<br>    *Plaintiffs*,<br>v.<br>UNITED STATES,<br>    *Defendant*,<br>and<br>NTSF SEAFOODS JOINT STOCK COMPANY,<br>    *Defendant-Intervenor*. | Ct. No. 20-00105<br>Before: M. Miller Baker, Judge |

### ORDER

The court **CANCELS** the oral argument scheduled for June 6, 2023.

The court further directs the parties to file supplemental briefs addressing the evidence cited in the parties' remand comments as to the byproduct offset issue. At least as currently briefed, the meaning and significance of that evidence is unclear to the court.

The supplemental briefs shall not exceed 2500 words. Plaintiff's brief is due not later than 21 days after entry of this order; Defendant's brief is due within 21 days of Plaintiff's filing. The court may order oral argument limited to the byproduct offset issue after the conclusion of supplemental briefing.

Dated:   May 12, 2023              /s/ *M. Miller Baker*
         New York, New York        M. Miller Baker, Judge