# UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |
|---|---|
| CATFISH FARMERS OF AMERICA, et al., | ) |
|  | ) Court No. 20-00105 |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| NTSF SEAFOODS JOINT STOCK COMPANY, | ) |
| Defendant-Intervenor. | ) |

### DEFENDANT-INTERVENOR RESPONSE IN SUPPORT OF COMMERCE'S FINAL RESULTS OF REDETERMINATION PURUSANT TO COURT REMAND

Defendant-Intervenor, NTSF Seafoods Joint Stock Company, respectfully submits this comment in support of the May 31, 2024 remand results filed by the U.S. Department of Commerce ("Commerce") in this action. *See* Final Results of Redetermination Pursuant to Court Remand, (May 31, 2024), ECF No. 109, Appx_____-_____ ("Second Remand Results"). The Second Remand Results arise from the final results of the 2017- 2018 administrative review of the

antidumping duty order on certain frozen fish fillets from Vietnam. *See, e.g.*, *Catfish Farmers of America, et al. v. United States*, No. 20-00105, slip op. 24-23 at 3 (Ct. Int'l Trade Feb. 26, 2024), ECF No. 104 ("Slip Op. 24-23"); *Catfish Farmers of America, et al. v. United States*, No. 20-00105, slip op. 22-38 at 4, 70 (Ct. Int'l Trade Apr. 25, 2022), ECF No. 68 ("Slip Op. 22-38")

Defendant-Intervenor supports and adopts by reference the comments filed by the Defendant. *See* Defendant's Response In Support of the Remand Redetermination, Oct. 4, 2024, Ct. No. 20-00105, ECF No. 115 (Defendant's Response). For the reasons described in Defendant's Response, we respectfully request that the Court sustain Commerce's remand results and enter judgment for the United States.

Submitted by:
/s/ Jonathan M. Freed
Jonathan M. Freed

TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, D.C. 20003
Tel.: (202) 223-3760

*Counsel to NTSF Seafoods Joint Stock Company*

Dated: October 25, 2024

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this comment complies with the word limitation requirement. The word count for Intervenor Defendant's Comment on Remand Determination, as computed by Trade Pacific PLLC's word processing software, is 191 words.

                         Respectfully submitted,

                         /s/ Jonathan M. Freed
                         Jonathan M. Freed

                         TRADE PACIFIC PLLC
                         700 Pennsylvania Avenue, SE,
                         Suite 500
                         Washington, D.C.  20003
                         Tel.: (202) 223-3760

                         *Counsel to NTSF Seafoods Joint Stock Company*

Dated: October 25, 2024